**Opinion issued December 3, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00693-CV

———————————

## IN RE JAMES THOMAS GREEN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

James Thomas Green, acting pro se, has filed a petition for writ of mandamus requesting that we compel the trial court to rule on certain motions.[1] We deny the petition.

---

[1]   The underlying case is *James Thomas Green v. Luis A. Sanchez, M.D., et al.*, cause number 2018-09456, pending in the 164th District Court of Harris County, Texas, the Honorable Alexandra Smoots-Thomas presiding.

## PER CURIAM

Panel consists of Justices Lloyd, Goodman, and Landau.